UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3366   Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Matthew E. Price

Pursuant to 6th Cir. R. 26.1, American Electric Power Service Corp.
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   See attachment.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   No.

### CERTIFICATE OF SERVICE

I certify that on _____ May 3, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Matthew E. Price

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

# ATTACHMENT TO PETITIONER'S DISCLOSURE
# OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

**Question 1.** Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

Yes.

AEPSC has filed its Petition for Review in its own name and on behalf of its public utility affiliates Ohio Power Company and AEP Ohio Transmission Company Inc.

American Electric Power Service Corporation ("AEPSC") states that it is a corporation organized and existing under the laws of the State of New York. AEPSC is a wholly owned subsidiary of American Electric Power Company, Inc. ("AEP").

Ohio Power Company is a corporation organized and existing under the laws of Ohio. Ohio Power Company is a wholly-owned subsidiary of AEP.

AEP Ohio Transmission Company, Inc. is a corporation organized and existing under the laws of Ohio. AEP Ohio Transmission Company, Inc.'s ultimate parent is AEP.

AEP is a New York corporation whose common stock is held by the public and traded on the NASDAQ Stock Market. AEP has no parent company. Certain institutional investors including Vanguard may from time to time hold 10 percent or more of the outstanding shares of AEP, but to AEP's knowledge no publicly-held company has a 10 percent or greater ownership interest in AEP.